**12-CR-05129-ORD**

1

2

3                                                            Judge Robert J. Bryan

4

5

6

7

8

9

10

11                    IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA
12

13   UNITED STATES OF AMERICA,            )
                                          )
14                   Plaintiff,           )     Case No. 12-5129RJB
                                          )
15        vs.                             )     [PROPOSED] ORDER SEALING
                                          )     DEFENDANT WILLIAM'S
16   VAL J. WILLIAMS                      )     MEMORANDUM RE CONTINUANCE
                                          )
17                   Defendant.           )
                                          )
18

19        Pursuant to CrR32(c)(1)(A), Local Rules W.D. of Wash, the motion of Defendant Williams

20   to seal his Memorandum to Continue is hereby GRANTED.

21        DATED this 18th day of March, 2013.

22

23        _____
          Robert J. Bryan
24        U.S. District Judge

25

26

27

28

Order Sealing  Memo to Continue Trial

Law Offices of John W. Lundin, P.S
710 Cherry Street
Seattle WA  98104
(206) 623-8346